

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2015

No. 04-14-00252-CR

Philip **GARAY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2843
Honorable Mary D. Roman, Judge Presiding

# O R D E R

On January 26, 2015, appellant Philip Garay filed a pro se motion to dismiss, seeking to dismiss this appeal for lack of subject matter jurisdiction. Appellant also filed a pro se motion for leave to file a pro se supplemental brief. Counsel has been appointed to represent appellant in this criminal appeal, and counsel has submitted a brief on appellant's behalf. In Texas, appellants do not have a right to hybrid representation. *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). Therefore, appellant's pro se motions are DENIED. We will only consider the brief filed by appellant's counsel.

It is so **ORDERED** on the 30th day of January, 2015.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court